**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James C. Bosworth                          CHAPTER 13
        Barbara A. Bosworth
             Debtor(s)                          BKY. NO. 22-21611 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                        Respectfully submitted,

                                   /s/ **Brian C. Nicholas**
                                        Brian Nicholas
                                        25 Aug 2022, 15:18:46, EDT

                                   Brian C. Nicholas, Esq. (317240) ☑
                                   Denise Carlon, Esq. (317226) ☐
                                   Rebecca A. Solarz, Esq. (315936) ☐
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   412-430-3594
                                   bkgroup@kmllawgroup.com