**Form 209**

UNITED STATES BANKRUPTCY COURT  26 – 22
WESTERN DISTRICT OF PENNSYLVANIA  dkro

In re:  Bankruptcy Case No.: 22–21611–CMB

Chapter: 13
Hearing Date: 10/13/22 at 10:00 AM

**James C. Bosworth**  Barbara A. Bosworth
Debtor(s)

### CERTIFICATE OF SERVICE

I, _Lauren M. Lamb_, of ** _Steidl & Steinberg_

_707 Grant Street, Suite 2830_

_Pittsburgh, Pa 15219_

**CERTIFY:**

That I am at least 18 years of age:

That on the _30th_ day of _August_, _2022_, I served a copy of the within Order Setting Date Certain *together with the Motion* filed in this proceeding, on:

Motion to Terminate Wage Attachment

on the Respondent(s) in this proceeding, by (describe the mode of service):

U.S. First Class Mail

**at the following address(es):**

All parties listed on the attached mailing matrix.

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on _August 30, 2022_            /s/ Lauren M. Lamb
(Date)                                          (Signature)

**\*\*Indicate Current Mailing Address**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 22-21611-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Aug 30 08:58:01 EDT 2022 | Alltran Financial<br>PO Box 722929<br>Houston, TX 77272-2929 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex/Bankruptcy<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | BBVA<br>Pnc Cb Investigations<br>Cleveland, OH 44101 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Barbara A. Bosworth<br>343 Stuber Road<br>New Brighton, PA 15066-3341 |
| James C. Bosworth<br>343 Stuber Road<br>New Brighton, PA 15066-3341 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Cavalry Portfolio Services<br>1 American Lane<br>Greenwich, CT 06831-2560 | Cavalry Portfolio Services<br>Attn: Bankruptcy<br>500 Summit Lake Drive, Suite 400<br>Vahalla, NY 10595-2321 | Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 |
| Client Services<br>3451 Harry S. Truman Blvd<br>Saint Charles, MO 63301-9816 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |
| Hayt Hayt & Landau<br>Two Industrial Way West<br>Eatontown, NJ 07724-2279 | Hayt Hayt and Landau<br>Meridian Center 1<br>2 Industrial Way West<br>Eatontown, NJ 07724-2279 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 |
| Midland Fund<br>320 East Big Beaver<br>Troy, MI 48083-1238 | Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Robert Polas, Esquire<br>120 Corporate Blvd East<br>Norfolk, VA 23502-4952 |

```
Synchrony  Car Care              Synchrony Bank                              Synchrony/Care Credit
Attn: Bankruptcy                 c/o of PRA Receivables Management, LLC      Po Box 965036
Po Box 965064                    PO Box 41021                                Orlando, FL 32896-5036
Orlando, FL 32896-5064           Norfolk, VA 23541-1021


U.S. Bankcorp                    U.S. Bankcorp                               US Bank/RMS
Attn: Bankruptcy                 Cb Disputes                                 Attn: Bankruptcy
800 Nicollet Mall                Saint Louis, MO 63166                       Po Box 5229
Minneapolis, MN 55402-7000                                                   Cincinnati, OH 45201-5229


US Bank/RMS                      Viking Client Services                      Ronda J. Winnecour
Cb Disputes                      PO Box 59207                                Suite 3250, USX Tower
Saint Louis, MO 63166            Minneapolis, MN 55459-0207                  600 Grant Street
                                                                             Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BBVA                             (d)Pnc Mortgage                             (d)Pnc Mortgage
Attn: Bankruptcy                 Attn: Bankruptcy                            Po Box 8703
Po Box 10566                     Po Box 8819                                 Dayton, OH 45401
Birmingham, AL 35296             Dayton, OH 45401


Portfolio Recovery Associates, LLC    (d)Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100            Attn: Bankruptcy
Norfolk, VA 23502                     120 Corporate Boulevard
                                      Norfolk, VA 23502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK, NATIONAL ASSOCIATION     End of Label Matrix
                                      Mailable recipients   38
                                      Bypassed recipients    1
                                      Total                 39
```