IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| James C. Bosworth | ) Case No. 22-21611 CMB |
| Barbara A. Bosworth, | ) Chapter 13 |
| *Debtor(s)* | ) Related to Docket No. 22 - 26 |
| | ) |
| | ) |
| Barbara A. Bosworth, | ) Document No. WO-1 |
| Social Security No. XXX-XX-6390 | ) |
| *Movant* | ) |
| | ) |
| *vs.* | ) |
| | ) |
| Heritage Valley Health System and | ) |
| Ronda J. Winnecour, Trustee, | ) |
| *Respondent(s)* | ) |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on August 26, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment appears thereon. Pursuant to the Notice of Hearing, objections forMotion to Terminate Wage Attachment were to be filed and served no later than September 15, 2022.

     It is hereby respectfully requested that the Order attached to the Motion to Terminate Wage Attachment be entered by the Court.

                                        Respectfully submitted,

September 16, 2022                   /s/ Lauren M. Lamb
Date:                                      Lauren M. Lamb, Esquire
                                           Attorney for the Debtor
                                           STEIDL & STEINBERG
                                           2830 Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 391-8000
                                           PA I. D. No. 209201
                                           llamb@steidl-steinberg.com