IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| James C. Bosworth ) | Case No. 22-21611 CMB |
| Barbara A. Bosworth, ) | Chapter 13 |
| *Debtor(s)* ) | |
| ) | |
| ) | |
| Barbara A. Bosworth, ) | Document No. WO-1 |
| Social Security No. XXX-XX-6390 ) | |
| *Movant* ) | re doc. 22 |
| ) | |
| vs. ) | |
| ) | |
| Heritage Valley Health System and ) | |
| Ronda J. Winnecour, Trustee, ) | **ENTERED BY DEFAULT** |
| *Respondent(s)* ) | |

## ORDER OF COURT

AND NOW, to wit, this ___16th___ day of _____September_____, 2022, it is hereby

ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of

Barbara Bosworth be terminated immediately.

Employer:

**Heritage Valley Health System
720 Blackburn Road,
Sewickley, Pa 15143
Attn: Payroll Dept.**

FILED
9/16/22 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*
dmk
_____
J.:

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21611-CMB |
| James C. Bosworth | Chapter 13 |
| Barbara A. Bosworth | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James C. Bosworth, Barbara A. Bosworth, 343 Stuber Road, New Brighton, PA 15066-3341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | |
| | on behalf of Joint Debtor Barbara A. Bosworth julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | |
| | on behalf of Debtor James C. Bosworth julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Sep 16, 2022 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6