IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| James C. Bosworth | ) | Case No. 22-21611 CMB |
| Barbara A. Bosworth | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on September 22, 2022, a true and correct copy of the *Amended Schedules B and C* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, Pa 15222

Served by ECF Mail:
Ronda J. Winnecour, Trustee


Date of Service: September 22, 2022      /s/ Lauren M. Lamb
                                                                 Lauren M. Lamb, Esquire
                                                                 Attorney for the Debtor
                                                                 STEIDL & STEINBERG
                                                                 707 Grant Street
                                                                 Suite 2830, Gulf Tower
                                                                 Pittsburgh, PA 15219
                                                                 (412) 391-8000
                                                                 llamb@steidl-steinberg.com
                                                                PA I.D. No. 209201