IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James C. Bosworth | ) | Case No. 22-21611 CMB |
| Barbara A. Bosworth, | ) | Chapter 13 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Barbara A. Bosworth, | ) | Related to Docket No. 30 |
| Social Security No. XXX-XX-6390 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Heritage Valley Health System and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

**CERTIFICATE OF SERVICE**

I, Lauren M. Lamb, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on August 18, 2026 I served a copy of:

**ORDER OF COURT TERMINATING WAGE ATTACHMENT**

ON:

Ronda J. Winnecour, Chapter 13 Trustee - Via ECF mail

Heritage Valley Health System
720 Blackburn Road
Sewickley, Pa 15143
Attn: Payroll Dept.
And via fax to 412-749-7630

BY: Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: August 18, 2026 /s/ Lauren M. Lamb

Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA ID 209201
llamb@steidl-steinberg.com