IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| James A. Bosworth | ) | Case No. 22-21611 GLT |
| Barbara A. Bosworth | ) | |
| Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Steidl and Steinberg, P.C. | ) | |
| Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, | ) | |
| Respondents | ) | |

**Exhibit "D"**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED**

The time spent by the Application in this proceeding cover the period of March 9, 2020, through October 29, 2026. The time can be broken down into separate categories as follows:

**Categories**:

1. Preparation of documents for court filing
2. Filing of documents using the Bankruptcy Court's CM/ECF system
3. Review of Orders issued by the Bankruptcy Court as well as Court Notices and paperwork filed with the Court by Creditors and Parties in Interest
4. Appearances in Bankruptcy Court
5. Service of Documents
6. Correspondence sent throughout the case
7. Fee Application of Professional

**Steidl and Steinberg, P.C.**
412-391-8000

October 06, 2026

**Jim & Barb Bosworth**
Bosworth, James C. & Barbara A. "Jim & Barb"
343 Stuber Rd
New Brighton, PA 15066

**Invoice Number: 323**
Invoice Period: 03-06-2020 - 10-29-2026

Payment Terms: Upon Receipt

**RE: 2022 - Chapter 13**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-09-2020 | Dana Weyels | A100 - Document Preparation - Prepped and sent letter re consult | 0.20 | 150.00 | 30.00 |
| 08-10-2020 | Lauren Lamb | A600 - Correspondence - Reviewed information re wrongful death settlement, did research re settlement being included as CMA in Means Test and called Barb to discus. | 0.90 | 300.00 | 270.00 |
| 08-12-2020 | Lauren Lamb | A600 - Correspondence - R/c from Barb re settlement | 0.70 | 300.00 | 210.00 |
| 03-10-2022 | Lauren Lamb | A600 - Correspondence - Reviewed info mailed by clients and emailed wife. | 0.40 | 300.00 | 120.00 |
| 03-11-2022 | Lauren Lamb | A600 - Correspondence - Called as per letter to update situation. | 0.60 | 300.00 | 180.00 |
| 03-30-2022 | Lauren Lamb | A600 - Correspondence - Received and reviewed appraisal. | 0.40 | 300.00 | 120.00 |
| 04-01-2022 | Lauren Lamb | A100 - Document Preparation - Calculated estimated monthly payment. | 0.40 | 300.00 | 120.00 |
| 04-01-2022 | Lauren Lamb | A600 - Correspondence - Emailed to set up time to discuss appraisal and impact on case | 0.10 | 300.00 | 30.00 |
| 04-05-2022 | Lauren Lamb | A600 - Correspondence - Called to discuss moving forward with 13. | 0.60 | 300.00 | 180.00 |
| 04-06-2022 | Alaina Werkmeister | A100 - Document Preparation prepped fee agreement | 0.10 | 150.00 | 15.00 |
| 04-15-2022 | Lauren Lamb | A600 - Correspondence - Called re bills mailed and creditor lawsuits filed. | 0.10 | 300.00 | 30.00 |
| 04-19-2022 | Lauren Lamb | A600 - Correspondence - R/c re bills sent and lawsuit served | 0.10 | 300.00 | 30.00 |
| 04-22-2022 | Lauren Lamb | A600 - Correspondence - Took call to discuss pending | 0.10 | 300.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | lawsuit. | | | |
| 05-03-2022 | Annie Cordell | A600 - Correspondence: Called to schedule paperwork appointment | 0.10 | 150.00 | 15.00 |
| 05-10-2022 | Annie Cordell | A100 - Document Preparation: Paperwork appt. prep. | 0.60 | 150.00 | 90.00 |
| 05-11-2022 | Annie Cordell | A100 - Document Preparation: Paperwork appt. | 0.80 | 150.00 | 120.00 |
| 05-17-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed life estate deed | 0.20 | 300.00 | 60.00 |
| 05-17-2022 | Lauren Lamb | A600 - Correspondence - Called Barb re irrevocable trust found in deed search | 0.10 | 300.00 | 30.00 |
| 05-18-2022 | Lauren Lamb | A600 - Correspondence - R/c re irrevocable trust | 0.20 | 300.00 | 60.00 |
| 05-19-2022 | Lauren Lamb | A600 - Correspondence- Took call from Barb re giving attorney handling dad's trust authorization to speak to me. | 0.10 | 300.00 | 30.00 |
| 05-25-2022 | Lauren Lamb | A600 - Correspondence - Emailed Ronald Jones and asked for copy of trust documents. | 0.10 | 300.00 | 30.00 |
| 06-09-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed case for impact of filing emergency without trust docs as attorney still hasn't provided them. | 0.30 | 300.00 | 90.00 |
| 06-09-2022 | Annie Cordell | A600 - Correspondence: Called & emailed Ron Jones to request copy of trust. | 0.10 | 150.00 | 15.00 |
| 06-10-2022 | Lauren Lamb | A600 - Correspondence - Responded to email re Praecipe to Reinstate by Capital One Bank | 0.10 | 300.00 | 30.00 |
| 06-15-2022 | Lauren Lamb | A600 - Correspondence - Responded to email re Capital One complaint | 0.10 | 300.00 | 30.00 |
| 06-27-2022 | Annie Cordell | A600 - Correspondence: Emailed attorney to follow up on trust. | 0.10 | 150.00 | 15.00 |
| 07-25-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed trust docs | 0.40 | 300.00 | 120.00 |
| 07-26-2022 | Lauren Lamb | A600 - Correspondence - Responded to email from Barb re trust | 0.10 | 300.00 | 30.00 |
| 08-05-2022 | Annie Cordell | A100 - Document Preparation: Continued work on schedules. | 0.50 | 150.00 | 75.00 |
| 08-09-2022 | Annie Cordell | A100 - Document Preparation: Finished petition & plan. | 0.30 | 150.00 | 45.00 |
| 08-10-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed draft | 0.10 | 300.00 | 30.00 |
| 08-11-2022 | Annie Cordell | A100 - Document Preparation: Mailed draft & signature pages. | 0.20 | 150.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-18-2022 | Annie Cordell | A200 - Filing with ECF: Filed petition & plan. | 0.20 | 150.00 | 30.00 |
| 08-18-2022 | Annie Cordell | A200 - Filing with ECF: Filed declaration. | 0.10 | 150.00 | 15.00 |
| 08-19-2022 | Annie Cordell | A100 - Document Preparation: Prepped trustee packet. | 0.20 | 150.00 | 30.00 |
| 08-19-2022 | Annie Cordell | A100 - Document Preparation: Prepped and mailed plan letter. | 0.30 | 150.00 | 45.00 |
| 08-19-2022 | Annie Cordell | A100 - Document Preparation: Prepped motion to attach wages. | 0.20 | 150.00 | 30.00 |
| 08-19-2022 | Annie Cordell | A200 - Filing with ECF: Filed motion to attach wages. | 0.10 | 150.00 | 15.00 |
| 08-22-2022 | Annie Cordell | A100 - Document Preparation: Prepped COS & form 12 for wage attachment order. | 0.20 | 150.00 | 30.00 |
| 08-22-2022 | Annie Cordell | A200 - Filing with ECF: Filed COS for wage attachment order. | 0.10 | 150.00 | 15.00 |
| 08-22-2022 | Annie Cordell | A500 - Service of Documents: Wage attachment order. | 0.10 | 150.00 | 15.00 |
| 08-22-2022 | Kenneth Steidl | A100 - Document Preparation - Sent letter re Section 341 Meeting of Creditors | 0.10 | 400.00 | 40.00 |
| 08-26-2022 | Annie Cordell | A600 - Correspondence: Spoke with Barb regarding plan payment & wage attachment. | 0.10 | 150.00 | 15.00 |
| 08-26-2022 | Annie Cordell | A100 - Document Preparation: Prepped motion to terminate wage attachment. | 0.20 | 150.00 | 30.00 |
| 08-26-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed motion to terminate wage attachment | 0.10 | 350.00 | 35.00 |
| 08-26-2022 | Annie Cordell | A200 - Filing with ECF: Filed motion to terminate wage attachment. | 0.10 | 150.00 | 15.00 |
| 08-29-2022 | Alaina Werkmeister | A100 - Document Preparation prepped debtor ed | 0.10 | 150.00 | 15.00 |
| 08-29-2022 | Alaina Werkmeister | A200 - Filing with ECF filed debtor ed | 0.10 | 150.00 | 15.00 |
| 08-29-2022 | Kylee Nicely | A600 - Correspondence: uploaded 341 docs to trustee Winnecour | 0.10 | 150.00 | 15.00 |
| 08-30-2022 | Annie Cordell | A100 - Document Preparation: Prepped COS for order terminating wage attachment. | 0.20 | 150.00 | 30.00 |
| 08-30-2022 | Annie Cordell | A200 - Filing with ECF: Filed COS for order terminating wage attachment. | 0.10 | 150.00 | 15.00 |
| 08-30-2022 | Annie Cordell | A500 - Service of Documents: Order setting hearing | 0.10 | 150.00 | 15.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | terminating wage attachment. | | | |
| 08-31-2022 | Lauren Lamb | A600 - Correspondence - Filled out and returned authorization to contact to PNC Bank for mortgage | | 350.00 | No Charge |
| 09-01-2022 | Annie Cordell | A100 - Document Preparation loan mod opp docs. | 0.20 | 150.00 | 30.00 |
| 09-14-2022 | Annie Cordell | A600 - Correspondence: Took call from Barbara regarding motion to terminate wa. | 0.10 | 150.00 | 15.00 |
| 09-14-2022 | Annie Cordell | A100 - Document Preparation: Prepped for 341. | 0.40 | 150.00 | 60.00 |
| 09-16-2022 | Annie Cordell | A100 - Document Preparation: Prepped CNO for motion to terminate wage attachment. | 0.20 | 150.00 | 30.00 |
| 09-16-2022 | Annie Cordell | A200 - Filing with ECF: Filed CNO for motion to terminate wage attachment. | 0.10 | 150.00 | 15.00 |
| 09-16-2022 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. To Dana for D. Emailed Abby as she's handling the Section 341 Meeting of Creditors on Monday to keep her in the loop. | 0.10 | 350.00 | 35.00 |
| 09-19-2022 | Dana Weyels | A100 - Document Preparation - Prep, filing and service of Dec re NMPC | 0.20 | 150.00 | 30.00 |
| 09-19-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed proposed interim confirmation order | 0.10 | 350.00 | 35.00 |
| 09-19-2022 | Annie Cordell | A100 - Document Preparation: Prepped COC for interim order. | 0.20 | 150.00 | 30.00 |
| 09-19-2022 | Annie Cordell | A200 - Filing with ECF: Filed interim order. | 0.10 | 150.00 | 15.00 |
| 09-19-2022 | Abagale Steidl | A400 - Appearances in Bankruptcy Court - Section 341 Meeting of Creditors | 0.30 | 350.00 | 105.00 |
| 09-20-2022 | Annie Cordell | A500 - Service of Documents: Mailed order terminating wage attachment to employer & Barbara. | 0.10 | 150.00 | 15.00 |
| 09-21-2022 | Annie Cordell | A600 - Correspondence: Spoke with Barb regarding follow up from 341 & settlement. | 0.20 | 150.00 | 30.00 |
| 09-21-2022 | Annie Cordell | A100 - Document Preparation: Amended schedule C. | 0.20 | 150.00 | 30.00 |
| 09-22-2022 | Lauren Lamb | A100 - Document Preparation - Amended Schedules B&C | 0.10 | 350.00 | 35.00 |
| 09-22-2022 | Annie Cordell | A100 - Document Preparation: Prepped COS for amended schedule B & C. | 0.20 | 150.00 | 30.00 |
| 09-22-2022 | Annie Cordell | A200 - Filing with ECF: Filed amended B &C. | 0.10 | 150.00 | 15.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-22-2022 | Annie Cordell | A500 - Service of Documents: Amended schedule B&C. | 0.10 | 150.00 | 15.00 |
| 10-18-2022 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. To Dana for D. | 0.10 | 350.00 | 35.00 |
| 10-19-2022 | Dana Weyels | A100 - Document Preparation - Prep, filing and service of Dec re NMPC | 0.20 | 150.00 | 30.00 |
| 10-20-2022 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Proof of Claim 9 PNC Bank | 0.20 | 350.00 | 70.00 |
| 11-16-2022 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. To Dana for D. | 0.10 | 350.00 | 35.00 |
| 11-16-2022 | Dana Weyels | DEC_NMPC prepared & efiled-COS served via ECF_MAIL-A500 - Service of Documents | 0.20 | 150.00 | 30.00 |
| 01-03-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. To Dana for D. | 0.10 | 350.00 | 35.00 |
| 01-04-2023 | Dana Weyels | A100 - Document Preparation - Prep, filing and service of Dec re NMPC | 0.20 | 150.00 | 30.00 |
| 01-20-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. To Dana for D. | 0.10 | 350.00 | 35.00 |
| 01-20-2023 | Dana Weyels | A100 - Document Preparation - Prep, filing and service of Dec re NMPC | 0.20 | 150.00 | 30.00 |
| 02-16-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec re NMPC. | 0.20 | 350.00 | 70.00 |
| 02-16-2023 | Lauren Lamb | A100 - Document Preparation - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 02-16-2023 | Lauren Lamb | A200 - Filing with ECF - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 02-16-2023 | Lauren Lamb | A500 - Service of Documents - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 02-16-2023 | Lauren Lamb | A100 - Document Preparation - Prepped for conciliation | 0.30 | 350.00 | 105.00 |
| 02-21-2023 | Lauren Lamb | A100 - Document Preparation - Continued Conciliation Conference prep | 0.30 | 350.00 | 105.00 |
| 02-23-2023 | Abagale Steidl | A400 - Appearances in Bankruptcy Court - Conciliation Conference | 0.20 | 350.00 | 70.00 |
| 02-27-2023 | Lauren Lamb | A100 - Document Preparation - Reviewed proposed confirmation order | 0.10 | 350.00 | 35.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-27-2023 | Jesseca Smith | A100 - Document Preparation- Certification of Counsel | 0.20 | 150.00 | 30.00 |
| 02-27-2023 | Jesseca Smith | A200 - Filing with ECF- Certification of Counsel regarding order confirming plan on a final basis | 0.10 | 150.00 | 15.00 |
| 03-01-2023 | Jesseca Smith | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest-order confirming plan | 0.10 | 150.00 | 15.00 |
| 03-22-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 03-22-2023 | Lauren Lamb | A100 - Document Preparation - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 03-22-2023 | Lauren Lamb | A200 - Filing with ECF - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 03-22-2023 | Lauren Lamb | A500 - Service of Documents - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 04-18-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 04-18-2023 | Lauren Lamb | A100 - Document Preparation - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 04-18-2023 | Lauren Lamb | A200 - Filing with ECF - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 04-18-2023 | Lauren Lamb | A500 - Service of Documents - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 05-17-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 05-17-2023 | Lauren Lamb | A100 - Document Preparation - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 05-17-2023 | Lauren Lamb | A200 - Filing with ECF - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 05-17-2023 | Lauren Lamb | A500 - Service of Documents - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 06-09-2023 | Jesseca Smith | A100 - Document Preparation- check to see if Financial Management Course is completed | 0.10 | 150.00 | 15.00 |
| 06-20-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec re NMPC. | 0.10 | 350.00 | 35.00 |
| 06-20-2023 | Lauren Lamb | A100 - Document Preparation - Dec re NMPC | 0.20 | 350.00 | 70.00 |
| 06-22-2023 | Lauren Lamb | A200 - Filing with ECF - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 06-22-2023 | Lauren Lamb | A500 - Service of Documents - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 07-18-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and | 0.10 | 350.00 | 35.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Documents Filed by Parties in Interest - NMPC | | | |
| 07-18-2023 | Lauren Lamb | A100 - Document Preparation - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 07-18-2023 | Lauren Lamb | A200 - Filing with ECF - Dec re NMPC & CoS | 0.10 | 350.00 | 35.00 |
| 07-18-2023 | Lauren Lamb | A500 - Service of Documents - Dec re NMPC & CoS | 0.10 | 350.00 | 35.00 |
| 08-16-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Declaration. | 0.10 | 350.00 | 35.00 |
| 08-16-2023 | Taylor Yaklich | A100 - Document Preparation-Declaration | 0.10 | 150.00 | 15.00 |
| 08-16-2023 | Taylor Yaklich | A200 - Filing with ECF-Declaration | 0.10 | 150.00 | 15.00 |
| 08-16-2023 | Taylor Yaklich | A500 - Service of Documents-Declaration | 0.10 | 150.00 | 15.00 |
| 09-18-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 09-18-2023 | Taylor Yaklich | A100 - Document Preparation-Declaration | 0.10 | 150.00 | 15.00 |
| 09-18-2023 | Taylor Yaklich | A200 - Filing with ECF-Declaration | 0.10 | 150.00 | 15.00 |
| 09-18-2023 | Taylor Yaklich | A500 - Service of Documents-Declaration | 0.10 | 150.00 | 15.00 |
| 10-18-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Ran plan calc. Ok for Omnibus Dec. | 0.40 | 350.00 | 140.00 |
| 10-18-2023 | Lauren Lamb | A100 - Document Preparation - Omnibus Declaration re NMPC | 0.20 | 350.00 | 70.00 |
| 10-18-2023 | Lauren Lamb | A200 - Filing with ECF - Omnibus Dec. | 0.10 | 350.00 | 35.00 |
| 10-18-2023 | Lauren Lamb | A500 - Service of Documents - Omnibus Dec. | 0.10 | 350.00 | 35.00 |
| 11-29-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. No action needed due to Omnibus Dec. | 0.10 | 350.00 | 35.00 |
| 12-18-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. No action necessary due to Omnibus Dec. | 0.10 | 350.00 | 35.00 |
| 01-18-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. No action needed due to Omnibus Dec. | 0.10 | 350.00 | 35.00 |
| 02-16-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. No action necessary due to Omnibus Dec. | 0.10 | 350.00 | 35.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-18-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 04-17-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC | 0.10 | 350.00 | 35.00 |
| 04-17-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 04-17-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 05-16-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 05-16-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 05-16-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 06-18-2024 | Lauren Lamb | A100 - Document Preparation - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 06-19-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 06-19-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 07-22-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 07-22-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 07-22-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 08-16-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 08-19-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 08-19-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 09-18-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 09-18-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 09-18-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 10-17-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-17-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 10-17-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-18-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 11-20-2024 | Becca Wilhelm | A200 - Filing with ECF- Filed dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-20-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 12-18-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 12-19-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 12-19-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 01-16-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 01-16-2025 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 01-16-2025 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 02-06-2025 | Lauren Lamb | A600 - Correspondence - Responded to email re health issues and father's passing. | 0.20 | 350.00 | 70.00 |
| 02-17-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 02-19-2025 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 02-19-2025 | Becca Wilhelm | A200 - Filing with ECF- Filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 03-05-2025 | Shawnie Kessler | A600 - Correspondence<br>called client at approx. 3:08pm to request permission to speak Barbara's daughter, Lauren (she called and wanted to discuss her mother's case) | 0.10 | 150.00 | 15.00 |
| 03-05-2025 | Lauren Lamb | A600 - Correspondence - R/c from daughter re concern about mom's case. | 0.10 | 350.00 | 35.00 |
| 03-18-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 03-19-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 03-19-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-16-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 04-17-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 04-17-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 05-16-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 05-20-2025 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 05-20-2025 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 06-18-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 06-18-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 06-18-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 07-18-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 07-28-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 07-28-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 08-18-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 08-18-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 08-18-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 09-17-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 09-17-2025 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 09-17-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 09-18-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 09-18-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-18-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Amended NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 10-16-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 10-16-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 10-16-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-18-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-18-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-18-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 12-17-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 12-17-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 12-17-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 01-16-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 01-16-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 01-16-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 02-18-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 350.00 | 35.00 |
| 02-18-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 02-18-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 03-18-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 03-18-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 03-18-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and | 0.10 | 350.00 | 35.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Documents Filed by Parties in Interest - NMPC. Needs Dec. | | | |
| 04-16-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Dec needed. | 0.10 | 350.00 | 35.00 |
| 04-17-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 04-17-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 05-18-2026 | Lauren Lamb | A600 - Correspondence - Responded to email re bk payoff including calc. | 0.40 | 400.00 | 160.00 |
| 05-21-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 400.00 | 40.00 |
| 05-26-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 05-26-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 06-16-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 400.00 | 40.00 |
| 06-19-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 06-19-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 07-15-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 07-15-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 07-15-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 400.00 | 40.00 |
| 07-22-2026 | Lauren Lamb | A100 - Document Preparation - Calculated payoff, emailed Barb back re the same and emailed Dennis for confirmation pending final audit. | 0.20 | 400.00 | 80.00 |
| 07-23-2026 | Lauren Lamb | A600 - Correspondence - Emailed re payoff | 0.10 | 400.00 | 40.00 |
| 08-17-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 400.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-18-2026 | Lauren Lamb | A600 - Correspondence - responded to email re termination of wage attachment and taking over LTCD and emailed Sloan re when w/a will be terminated. | 0.20 | 400.00 | 80.00 |
| 08-18-2026 | Lauren Lamb | A100 - Document Preparation - CoS Order Terminating Wage Attachment | 0.10 | 400.00 | 40.00 |
| 08-18-2026 | Lauren Lamb | A200 - Filing with ECF - CoS Order Terminating Wage Attachment | 0.10 | 400.00 | 40.00 |
| 08-18-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 08-18-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 09-15-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 400.00 | 40.00 |
| 09-18-2026 | Lauren Lamb | A600 - Correspondence - took call re LTCD takeover | 0.30 | 400.00 | 120.00 |
| 09-18-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 09-18-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 10-06-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Trustee's Notice of Distributions Made 2x - ANTICIPATED | 0.10 | 400.00 | 40.00 |
| 10-06-2026 | Becca Wilhelm | A100 - Document Preparation - ANTICIPATED - Certification of Discharge Eligibility | 0.20 | 150.00 | 30.00 |
| 10-06-2026 | Becca Wilhelm | A200 - Filing with ECF - ANTICIPATED - Certification of Discharge Eligibility | 0.10 | 150.00 | 15.00 |
| 10-06-2026 | Lauren Lamb | A100 - Document Preparation - Time review | 0.60 | 400.00 | 240.00 |
| 10-16-2026 | Lauren Lamb | A100 - Document Preparation - NMPC. Needs Dec. | 0.10 | 400.00 | 40.00 |
| 10-19-2026 | Cheyenne Spagnolo | A100 - Document Preparation<br>prep & filing of dec re NMPC | 0.10 | 150.00 | 15.00 |
| 10-29-2026 | Lauren Lamb | A700 - Fee Applications of Professionals | 3.90 | 400.00 | 1,560.00 |
| | | | **Total** | | 10,250.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Abagale Steidl | 0.50 | 175.00 |
| Alaina Werkmeister | 0.30 | 45.00 |
| Annie Cordell | 7.20 | 1,080.00 |
| Becca Wilhelm | 4.60 | 690.00 |

| Professional | Hours | Amount |
|---|---|---|
| Cheyenne Spagnolo | 2.00 | 300.00 |
| Dana Weyels | 1.20 | 180.00 |
| Jesseca Smith | 0.50 | 75.00 |
| Kenneth Steidl | 0.10 | 40.00 |
| Kylee Nicely | 0.10 | 15.00 |
| Lauren Lamb | 21.50 | 7,545.00 |
| Shawnie Kessler | 0.10 | 15.00 |
| Taylor Yaklich | 0.60 | 90.00 |
| | **Total** | 10,250.00 |

## Expenses

| Expense | Amount |
|---|---|
| E108 - Postage | 0.55 |
| E100 - Expenses | 56.00 |
| E112 - Court fees | 313.00 |
| E101 - Copying | 0.25 |
| E108 - Postage | 0.60 |
| E101 - Copying | 1.50 |
| E108 - Postage | 1.20 |
| E100 - Expenses | 48.60 |
| E108 - Postage | 0.60 |
| E101 - Copying | 0.25 |
| E108 - Postage | 0.60 |
| E101 - Copying | 0.50 |
| E108 - Postage | 1.20 |
| E101 - Copying | 0.50 |
| E108 - Postage | 0.60 |
| E112 - Court fees | 0.30 |
| E108 - Postage | 0.60 |
| E101 - Copying | 0.25 |
| E101 - Copying | 1.00 |
| E108 - Postage | 1.26 |
| E101 - Copying | 0.50 |

| Expense | Amount |
|---|---|
| E108 - Postage | 0.63 |
| E101 - Copying | 0.50 |
| E108 - Postage | 0.63 |
| E101 - Copying | 0.50 |
| E108 - Postage | 0.63 |
| E101 - Copying | 0.50 |
| E108 - Postage | 0.66 |
| E101 - Copying | 0.50 |
| E108 - Postage | 0.66 |
| E101 - Copying | 0.50 |
| E108 - Postage | 0.66 |
| E101 - Copying | 0.75 |
| E108 - Postage | 0.66 |
| E101 - Copying | 0.50 |
| E108 - Postage | 0.82 |
| **Total Expenses** | 438.96 |
| **Total for this Invoice** | 10,688.96 |

Total Time by Party:
Lauren M. Lamb (LML) 21.5
Kenneth Steidl (KS) 0.1
Abagale E. Steidl (AES) 0.5
Paralegal (P) 16.6
Total: 38.7 hours

Total Time by Category
#1- 14.7
#2- 5.4
#3- 5.7
#4- 0.5
#5- 1.5
#6- 7
#7- 3.9
Total Time- 38.7 hours